UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGELA GAYLE MEADOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:10-0904 |
| | ) Judge Haynes/Bryant |
| NASHVILLE SHORES HOLDINGS, LLC, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4).

An initial case management conference is set for **Monday, November 29, 2010,** at **9:30 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to November 29, 2010.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge