UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANGELA GAYLE MEADOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-0904 |
| | ) | Judge Haynes/Bryant |
| | ) | |
| NASHVILLE SHORES HOLDINGS, | ) | |
| LLC, D/B/A NASHVILLE SHORES, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR REMAND TO STATE COURT

Comes the Plaintiff, Angela Gayle Meador, by and through counsel, and pursuant to the United States District Court for the Muddle District of Tennessee Local Rules 7.01(b), files this Motion For Leave to allow Plaintiff to file a Reply to Defendant's Response to Plaintiff's Motion to Remand to State Court.

In support of this Motion for Leave Plaintiff submits as follows:

1. Nashville Shores Holdings, LLC is registered with the State of Tennessee as a domestic LLC, which was formed in the State of Tennessee. (Ex. A, Certified Copy of Annual Report filed April 1, 2010).

2. Defendant has failed to identify all members of the Nashville Shores, LLC and their related citizenship. Therefore, Defendant does not carry its burden of establishing diversity.

**WHEREFORE,** Plaintiff, Angela Gayle Meador, respectfully requests this Honorable Court to: