IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGELA GAYLE MEADOR, ) | |
| Plaintiff, ) | |
| v. ) | No. 3:10-904 |
| ) | JUDGE HAYNES |
| NASHVILLE SHORES HOLDINGS, ) | |
| LLC, D/B/A NASHVILLE SHORES ) | |
| Defendant. ) | |

## O R D E R

In accordance with the Memorandum filed herewith, Plaintiff's motion to remand (Docket Entry No. 8) is **DENIED**.

It is so **ORDERED**.

ENTERED this the 17th day of February, 2011.

WILLIAM J. HAYNES, Jr.
United States District Judge