UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANGELA GAYLE MEADOR,             )
                                 )
    Plaintiff,                  )
                                 )
        v.                      )   NO.  3:10-0904
                                 )   Judge Haynes/Bryant
NASHVILLE SHORES HOLDINGS, LLC,  )
                                 )
    Defendant.                  )

## O R D E R

Counsel for the parties have filed a Stipulation and Order of Dismissal (Docket Entry No. 20) of this case. There is nothing further to be done by the undersigned in this matter. The Clerk is directed to return the file to the District Judge for his consideration of the stipulation and order of dismissal.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge