# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANGELA GAYLE MEADOR, | ) |
| | ) |
|     Plaintiff, | )     Case No. 3:10-cv-00904 |
| | ) |
| v. | ) |
| | ) |
| NASHVILLE SHORES HOLDINGS, | ) |
| LLC, D/B/A NASHVILLE SHORES | ) |
| | ) |
|     Defendant. | ) |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated by the parties that the above-entitled action be discontinued and dismissed with prejudice. The parties each agree to pay their own respective attorneys' fees and costs incurred in this cause. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that this action is dismissed with prejudice. Each party will pay their own respective attorneys' fees and costs.

    ENTERED:

*[Signature: Kevin H. Sharp]*

United States District Judge

4365918.1

Agreed and Approved for Entry:


/s/ Frank J. Steiner (w/permission)
Frank J. Steiner
The Law Offices of Steiner & Steiner
613 Woodland Street
Nashville, Tennessee 37206

Counsel for Plaintiff


s/ John Park
Mark W. Peters (TN BPR # 018422)
John Park (TN BPR # 025623)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219-1760
615-244-6380
615-244-6804

Attorneys for Defendant


# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been served via the Court's ECF system, upon:

> Frank J. Steiner
> The Law Offices of Steiner & Steiner
> 613 Woodland Street
> Nashville, TN  37206

on this 2nd day of June 2011.


s/John Park